UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENNETH BRAZZELL, | ] |
| Plaintiff, | ] |
| v. | ] No. 3-08-00410 |
| | ] JUDGE HAYNES |
| THE GAP, INC., | ] |
| Defendant. | ] |

### O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 27) is **GRANTED**. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 10th day of June, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge